UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| MARIAH SIMPSON, Individually and on behalf of all Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>DAVE & BUSTER'S OF ARKANSAS, INC; DAVE & BUSTER'S, INC.; DAVE & BUSTER'S ENTERTAINMENT, INC; DAVE & BUSTER'S MANAGEMENT CORPORATION, INC.; DAVE & BUSTER'S HOLDINGS, INC.; and DAVE & BUSTER'S OF KANSAS, INC.<br><br>Defendant. | Civil Action No. 4:18-cv-00290-JM |

## PARTIES' JOINT MOTION FOR STAY PENDING ARBITRATION

Pursuant to 9 U.S.C. § 3, Plaintiff Mariah Simpson ("Plaintiff") and Defendants Dave & Buster's of Arkansas, Inc.; Dave & Buster's, Inc.; Dave & Buster's Entertainment, Inc., Dave & Buster's Management Corporation, Inc.; Dave & Buster's Holdings, Inc.; and Dave & Buster's of Kansas, Inc. ("Defendants" and, together with Plaintiff, "the Parties"), by and through their undersigned counsel, hereby jointly move this Court to stay this action pending arbitration and in support show the Court as follows:

1. Plaintiff filed her Original Complaint—Class and Collective Action ("Complaint") in the United States District Court, Eastern District of Arkansas, Western Division on May 2, 2018.

2. Defendants were served with the Complaint on May 3, 2018.

3. The original due date for Defendants' Answer or other responsive pleading to Plaintiff's Complaint was Thursday, May 24, 2018.

4. On May 22, 2018, the Parties filed their Joint Motion for Extension of Time to Plead, agreeing to extend Defendants' deadline to answer or otherwise respond to the Complaint until Friday, June 22, 2018. Dkt. No. 8. The Court granted this motion on the same day. Dkt. No. 9.

5. The Parties have conferred and agreed to submit the above-styled dispute to arbitration, pursuant to an arbitration agreement signed by Plaintiff.

6. The Federal Arbitration Act provides that when a proceeding is referable to arbitration, the court "shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement . . . ." 9 U.S.C. § 3.

7. Pursuant to 9 U.S.C. § 3, the Parties jointly ask this Court to stay the above-styled cause pending the arbitration proceedings.

8. No prejudice will result to either party by granting this motion, which is not made for purposes of delay.

WHEREFORE, the Parties respectfully request that the Court grant this Motion and stay this case pending arbitration.

Dated June 21, 2018 Respectfully submitted,

*/s/ Kimberly R. Miers*
Kimberly R. Miers
Texas State Bar No. 24041482
kmiers@littler.com
Nicole S. LeFave
Texas State Bar No. 24085432
nlefave@littler.com

LITTLER MENDELSON, P.C.
A Professional Corporation
100 Congress Avenue, Suite 1400
Austin, Texas 78701
512.982.7250
512.982.7248 (Fax)

**ATTORNEYS FOR DEFENDANTS**

/s/ *Josh Sanford*
Josh Sanford
Arkansas Bar No. 2010207
josh@sanfordlawfirm.com
Christopher Burks
Arkansas Bar No. 2010207
chris@sanfordlawfirm.com

SANFORD LAW, PLLC
One Financial Center
650 S. Shackleford, Suite 411
Little Rock, Arkansas 72211
501.221.0088
888.787.2040 (Fax)

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

On June 21, 2018, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Arkansas, Western Division, using the Electronic Case Filing system of the Court. I hereby certify that I have served all counsel of record as follows:

*Via Electronic Case Filing*
Josh Sanford (josh@sanfordlawfirm.com)
Christopher Burks (chris@sanfordlawfirm.com)
SANFORD LAW FIRM, PLLC
One Financial Center
650 S. Shackleford, Suite 411
Little Rock, Arkansas 72211

*/s/ Kimberly R. Miers*
Kimberly R. Miers