UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| MARIAH SIMPSON, Individually and on behalf of all Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>DAVE & BUSTER'S OF ARKANSAS, INC; DAVE & BUSTER'S, INC.; DAVE & BUSTER'S ENTERTAINMENT, INC; DAVE & BUSTER'S MANAGEMENT CORPORATION, INC.; DAVE & BUSTER'S HOLDINGS, INC.; and DAVE & BUSTER'S OF KANSAS, INC.<br><br>Defendant. | § § § § § § § § § § § § § § § § § § §    Civil Action No. 4:18-cv-00290-JM |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiff Mariah Simpson and Defendants Dave & Busters of Arkansas, Inc., Dave & Buster's, Inc., Dave & Buster's Entertainment, Inc., Dave & Buster's Management Corporation, Inc., Dave & Buster's Holdings, Inc., and Dave & Buster's of Kansas, Inc. ("Defendants" together with Plaintiffs, "the Parties") submit this Joint Motion for Approval of Settlement and Permission to File Under Seal and state as follows:

1. On May 2, 2018, Counsel for Plaintiff filed the underlying Complaint in the District Court for the Eastern District of Arkansas against Defendants, alleging violations of the Fair Labor Standards Act ("FLSA") and the Arkansas Minimum Wage Act ("AMWA") seeking unpaid compensation, liquidated damages, and attorneys' fees and costs related to her pay rate during time that Plaintiff alleges she spent performing non-tipped work.

2. The Parties jointly moved to stay the case pending mandatory arbitration after Defendants invoked an agreement executed by Plaintiff that requires her to arbitrate her claims against Defendants.

3. The Court granted the Parties' motion on June 22, 2018.

4. The Parties continue to dispute the amount of wages and other relief allegedly due Plaintiff. However, the Parties have determined that their interests are best served by the settlement of this litigation and have entered into a Final Stipulation and Settlement Agreement ("Stipulation") that resolves all issues before the Court and in this litigation between the Parties.

5. The Parties desire to resolve this litigation, and in doing so do not concede the truth or falsity of any allegation of fact made in the pleadings in this matter, nor do they concede the correctness or applicability of any legal theory of recovery or defense asserted in this matter.

6. The primary purpose of this Motion is to request and obtain the Court's approval of the Stipulation, to obtain the Court's permission to file the Stipulation under seal in the event the Court determines that the Stipulation must be filed of record, and to request that the Court enter an Order, among other things, dismissing Plaintiff's lawsuit with prejudice.

7. The Parties agree that the Stipulation was the product of arm's-length negotiations. They further agree that the Stipulation constitutes a full and fair settlement of all claims raised by Plaintiff in this matter, and that could be raised by Plaintiff in this matter, and that the Stipulation's terms are fair, reasonable, and adequate. The Stipulation is intended to, and will, extinguish all of the Plaintiff's claims that have been raised in this matter or could be raised in this matter.

8. The Parties represent to the Court that the Stipulation: (a) is fair to all Parties; (b) reasonably resolves a bona fide disagreement between the Parties with regard to the merits of Plaintiff's claims; and (c) demonstrates a good faith intention by the Parties that Plaintiff's

claims for liability and damages be fully and finally resolved and not relitigated in whole or in part at any point in the future.

9. Accordingly, in the present Joint Motion, the Parties request that the Court approve the Parties' Stipulation.

The Parties respectfully request that, should the Court determine review of the Stipulation is necessary prior to dismissal, the Court: (1) review the Parties' Stipulation *in camera*; (2) approve the proposed settlement; and (3) enter an Order dismissing this matter with prejudice. Alternatively, if the Court determines that the Stipulation should be filed of record, the Parties request that the Court issue an Order to file the Stipulation under seal, and further request that, if the Court decides to unseal the terms of the settlement, that the Court provide adequate notice of its decision to unseal the settlement so that the Parties can decide if making the details public means there is no settlement and the case should therefore stay on the docket for adjudication.

The Parties therefore respectfully await further instruction from this Court advising whether the Court requires a review of the Stipulation prior to dismissal, and if so, which method it prefers for submission of the Agreement.

Dated October 29, 2018               Respectfully submitted,


/s/ Kimberly R. Miers
Kimberly R. Miers
Texas State Bar No. 24041482
kmiers@littler.com
Nicole S. LeFave *(Admission forthcoming)*
Texas State Bar No. 24085432
nlefave@littler.com


LITTLER MENDELSON, P.C.
A Professional Corporation
100 Congress Avenue, Suite 1400
Austin, Texas  78701
512.982.7250
512.982.7248 (Fax)


**ATTORNEYS FOR DEFENDANTS**



/s/ Josh Sanford
Josh Sanford
Arkansas Bar No. 2010207
josh@sanfordlawfirm.com
Christopher Burks
Arkansas Bar No. 2010207
chris@sanfordlawfirm.com

SANFORD LAW, PLLC
One Financial Center
650 S. Shackleford, Suite 411
Little Rock, Arkansas  72211
501.221.0088
888.787.2040 (Fax)

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

On October 29, 2018, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Arkansas, Western Division, using the Electronic Case Filing system of the Court. I hereby certify that I have served all counsel of record as follows:

*Via Electronic Case Filing*
Christopher Burks (chris@sanfordlawfirm.com)
Josh Sanford (josh@sanfordlawfirm.com)
SANFORD LAW FIRM, PLLC
One Financial Center
650 S. Shackleford, Suite 411
Littler Rock, Arkansas  72211

                                              */s/  Kimberly R. Miers*
                                              Kimberly R. Miers

Firmwide:156590731.5 097988.1002