IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARIAH SIMPSON, individually and on
behalf of all others similarly situated                               PLAINTIFF

VS.                              CASE NO. 4:18CV0290-JM

DAVE & BUSTER'S OF ARKANSAS, INC;
DAVE & BUSTER'S, INC.; DAVE &
BUSTER'S ENTERTAINMENT, INC.; DAVE
& BUSTER'S MANAGEMENT
CORPORATION, INC.; DAVE & BUSTER'S
HOLDINGS, INC.; and DAVE & BUSTER'S
OF KANSAS, INC.                                                       DEFENDANTS

## ORDER

Pending is the parties' joint motion for approval of settlement. (Docket # 12). The motion is GRANTED IN PART AND DENIED IN PART. The Court previously notified the parties that it would not approve their request to maintain the Stipulation of Dismissal under-seal. Accordingly, the motion to keep the Stipulation under seal is DENIED. The Clerk is directed to un-seal the document appearing at docket entry #15.

With knowledge of this decision, the parties requested the Court review the settlement for approval. On the merits, the parties' agreement fair, reasonable and adequate. *In re Flight Transp. Corp. Securities Litigation*, 730 F.2d 1128, 1135 (8th Cir. 1984). The settlement appears to be the product of arm's length negotiations and adequately compensates the Plaintiff for her claims. Further, the attorneys' fees appear reasonable. Accordingly, the settlement is APPROVED. This case is dismissed WITH PREJUDICE.

IT IS SO ORDERED this 28th day of November, 2018.

_____
James M. Moody
United States District Judge